IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| LIMELIGHT NETWORKS, INC., | § | |
| | § | No. 138, 2017 |
| Plaintiff Below, | § | |
| Appellant, | § | |
| | § | Court Below:  Court of Chancery |
| v. | § | of the State of Delaware |
| | § | |
| AKAMAI TECHNOLOGIES, INC., | § | C.A. No. 2017-0035-SG |
| | § | |
| Defendant Below, | § | |
| Appellee. | § | |

Submitted:  October 11, 2017
Decided:  October 12, 2017

Before **STRINE**, Chief Justice; **VAUGHN** and **TRAYNOR**, Justices.

# **O R D E R**

This 12th day of October 2017, it appears to the Court that the judgment of the Court of Chancery should be affirmed on the basis of and for the reasons assigned in its bench opinion dated March 21, 2017.[1]

NOW, THEREFORE, IT IS ORDERED that the judgment of the Court of Chancery is hereby AFFIRMED.

BY THE COURT:

*/s/ Leo E. Strine, Jr.*

Chief Justice

---

[1] *Limelight Networks, Inc. v. Akamai Technologies, Inc.*, C.A. No. 2017-0035-SG (Del. Ch. Mar. 21, 2017).